**SLEP-TONE ENTERTAINMENT CORPORATION; Phoenix Entertainment Partners, LLC, Plaintiffs-Appellants,**

v.

**CANTON PHOENIX INCORPORATED, DBA Canton Phoenix; Bing Pan Zhu, Defendants-Appellees.**

No. 14-36018

United States Court of Appeals, Ninth Circuit.

Submitted May 8, 2017 *
Portland, Oregon

Filed May 10, 2017

Carl D. Crowell, Crowell Law, Salem, OR, for Plaintiffs-Appellants

Stephen J. Joncus, Joncus Law LLC, Clackamas, OR, Julia A. Follansbee, Follansbee & Associates, Bend, OR, for Defendant-Appellee Canton Phoenix Incorporated

Stephen J. Joncus, Joncus Law LLC, Clackamas, OR, for Defendant-Appellee Bing Pan Zhu

Joseph Gratz, Durie Tangri LLP, San Francisco, CA, for Amicus Curiae Intellectual Property Law Professors

Before: BYBEE and HURWITZ,

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Circuit Judges, and RAKOFF,** Senior District Judge.

## MEMORANDUM ***

This suit by Slep-Tone Entertainment Corporation raises trademark infringement claims against Canton Phoenix Incorporated and its owner, Bing Pan Zhu, arising out of Canton's use of unauthorized copies of Slep-Tone's karaoke accompaniment tracks bearing Slep-Tone's registered trademarks.[1] The district court dismissed Slep-Tone's claims. We have jurisdiction under 28 U.S.C. § 1291 and affirm.

1. As we recently held in a case involving identical claims by Slep-Tone, the district court correctly dismissed the Lanham Act claims because Slep-Tone's complaint instead sounds in copyright. *Slep-Tone Entm't Corp. v. Wired for Sound Karaoke & DJ Servs., LLC*, 845 F.3d 1246, 1248-50 (9th Cir. 2017) (citing *Dastar Corp. v. Twentieth Century Fox Film Corp.*, 539 U.S. 23, 31-34, 123 S.Ct. 2041, 156 L.Ed.2d 18 (2003)).

2. The district court did not abuse its discretion in denying leave to amend the complaint because Slep-Tone did not request below leave to amend to assert copyright claims, and any reassertion of its trademark claims would be futile. *See Leadsinger, Inc. v. BMG Music Publ'g*, 512 F.3d 522, 532 (9th Cir. 2008).

**AFFIRMED.**

---

** The Honorable Jed S. Rakoff, Senior United States District Judge for the Southern District of New York, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

1. On appeal, the court has added Phoenix Entertainment Partners, LLC, the successor-in-interest to Slep-Tone Entertainment Corporation, as an additional appellant. We refer to these entities collectively as "Slep-Tone."

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).